UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                                                    CHAPTER 13 PROCEEDING:
TAMARA MEDINA                                      04-10831-B-13
DEBTOR

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

    1.   Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Saturday, Jul 3, 2004.

    2.   This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

    3.   Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

    4.   Trustee has been unable to locate the following creditor at the address listed below.

    NCO FINANCIAL SYSTEMS INC
    PO BOX 13564
    PHILADELPHIA, PA  19101-3564

    5.   As a result, funds owed to the creditor in the amount of $12.92 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Thu, May 13, 2010

                                                                                         Cindy Boudloche
                                                                                         Chapter 13 Trustee
                                                                                          555 N. Carancahua  Ste 600
                                                                                           Corpus Christi, TX  78401-0823
                                                                                           (361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                                              CHAPTER 13 PROCEEDING:
TAMARA MEDINA                           04-10831-B-13
DEBTOR

### CERTIFICATE OF SERVICE

I, Cindy Boudloche , do hereby certify that on May 13, 2010, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee


TAMARA MEDINA                           WILLIAM A CSABI
6565 SPENCER HWY APT 2202        1213 E TYLER
PASADENA, TX  77505-1764           HARLINGEN, TX  78550

NCO FINANCIAL SYSTEMS INC       NCO FINANCIAL SYSTEMS INC
PO BOX 13564                             PO BOX 41567
PHILADELPHIA, PA  19101-3564      PHILADELPHIA, PA  19101